IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Breza & Associates, LLC
_____   *
**Plaintiff,**

                             *

v.                           Case No. 1:19-cv-03468-ELH

                             *

Tesla Motors, Inc.
_____   *
**Defendant.**               *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒   I certify, as party/counsel in this case that  Tesla Motors, Inc.
                                                   _____
                                                   (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐   The following corporate affiliations exist with _____ :
                                                     (name of party)

_____.
                              (names of affiliates)

☐   The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
                  (names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ (name of member) | _____ (state of citizenship) |
| _____ (name of member) | _____ (state of citizenship) |
| _____ (name of member) | _____ (state of citizenship) |
| _____ (name of member) | _____ (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

2/28/2020
Date

/s/ Matthew A.S. Esworthy
Signature

Matthew A.S. Esworthy (#27032)
Printed name and bar number

210 W. Pennsylvania Ave, Suite 400, Towson, MD 21204
Address

esworthy@bowie-jensen.com
Email address

(410) 583-2400
Telephone number

(410) 583-2437
Fax number

2