**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| **BREZA & ASSOCIATES, LLC**<br><br>    Plaintiff,<br><br>v.<br><br>**TESLA MOTORS, INC.**<br><br>    Defendant. | Civil No. 1:19-cv-03468-ELH |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Breza & Associates, LLC ("Breza"), and Defendant Tesla Motors, Inc. ("Tesla") (collectively, "Parties"), by and through their undersigned counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)ii, jointly hereby agree to a dismissal of the above-captioned matter, including any and all claims and counter-claims, whether pled, WITH PREJUDICE.

Date:   July 13, 2020                                                  Respectfully submitted,

/s/
Matthew A.S. Esworthy (Fed. Bar No. 27032)
Bethany P. Neeb (Fed. Bar No. 20218)
BOWIE & JENSEN, LLC.
210 W. Pennsylvania Avenue, Suite 400
Towson, Maryland 21204
(410) 583-2400
(410) 583-2437 (Facsimile)
Esworthy@bowie-jensen.com
Neeb@bowie-jensen.com
*Attorneys for Defendant, Tesla Motors, Inc.*

/s/
Andrew M. Winick (Fed. Bar No. 24958)
HOFMEISTER & BREZA
11019 McCormick Road, Suite 400
Hunt Valley, Maryland 21031
(410) 832-8822
(410) 308-0447 (Facsimile)
awinick@hbllaw.com
*Attorneys for Plaintiff, Breza & Associates, LLC*

2